# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:24-po-00383-HBK |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| RAJENDER KUMAR ) | |
| Defendant. ) | |
| ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**         36 C.F.R. § 4.10(a)

**Sentence Date:**        January 21, 2025

**Review Hearing Date:**  December 9, 2025

**Probation Expires On:** January 21, 2026

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,605.16 which Total Amount is made up of a
Fine: $ 0 Special Assessment: $     10.00 Processing Fee: $ Choose an item. Restitution: $ 2,605.16

☐ Payment schedule of $     per month by the     of each month.

☒ **Community Service hours Imposed of:** 30 hours

☐ **Other Conditions:**

### *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $     2,615.16
☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                     Amount: $
☒ To date, Defendant has performed 30 hours of community service.

☒ Compliance with Other Conditions of Probation: complete booking with the U.S. Marshals. Mr. Kumar has completed his community service and mailed two checks to pay the restitution as ordered. The government confirmed the first check was processed, and the second payment is due on December 21, 2025. Mr. Kumar has already sent the second payment, however, and USPS tracking shows it arrived on December 1, 2025. The government is working to confirm the second payment is processed, and defense counsel will request early termination upon confirmation given Mr. Kumar's compliance.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT'S POSITION:*

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, R180

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/9/2025 at 10 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ allow for Mr. Kumar to appear remotely.

☒ that Defendant's unsupervised probation be terminated, and that the case be closed upon confirmation that the second restitution payment has been processed.

DATED: 12/2/2025

          */s/ Lisa Ndembu Lumeya*
          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED in part. The Court will not early terminate probation as government has not filed a Notice of Compliance that restitution has been paid as directed by the Court.  (See Doc. No. 14).  The Court will permit Defendant to appear remotely for his December 9, 2025 Review Hearing.

Dated:   December 4, 2025

          HELENA M. BARCH-KUCHTA
          UNITED STATES MAGISTRATE JUDGE